382

Girls Latin School of Chicago, Appellee, v. L. Edward
Hart, Jr. and Beatrice B. Hart.
Appeal of Beatrice B. Hart, Appellant.

Gen. No. 42,296.

opinion filed
January 6, 1943. Montgomery, Hart, Pritchard & Herriott, for appellant; Cassels, Potter & Bentley, for appellee; George C. Bunge and John D. De Feo, of counsel. Opinion by PRESIDING JUSTICE BURKE. "Not to be published in full."